IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Bk. Case No: 14-10538 (BLS) |
| GEORGE AIKEN | : |
| MARCIA AIKEN | : |
| Debtors. | : Chapter 13 |

## MOTION TO ALLOW PLAN DISTRIBUTION

    Michael B. Joseph, Esquire, Chapter 13 Trustee ("Trustee") respectfully requests that this Honorable Court enter an Order with respect to the following:

    1. Pursuant to 11 U.S.C. Section 1302(b)(1) the Trustee has performed the duties specified in Section 704(a)(5) of the Code by examining the proofs of claim filed in this case and objecting to the allowance of any claim that appears to be improper.

    2. Absent any objection, the Trustee intends to disburse to those creditors set forth in "Exhibit A" in the amounts listed. Claims listed as "Not Filed" means that the creditor did not file a proof of claim and will not be paid by the Trustee through the Plan.

    3. It is requested that the Debtor(s) and counsel be required to examine each filed proof of claim and to file an objection and notify the Trustee as to any claim that may be improper or incorrect, or request allowance of a claim pursuant to 11 U.S.C. Section 501(c).

    WHEREFORE, the Trustee prays that an Order be entered, in the form attached, and otherwise approve the proposed distribution in accordance with the Confirmed Plan.

    /s/ Michael B. Joseph
    _____
    Michael B. Joseph, Esquire
    824 Market Street, Ste. 1002
    P.O. Box 1350
    Wilmington, Delaware 19899
    302-656-0123
    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
:  Bk. Case No: 14-10538 (BLS)
    GEORGE AIKEN        :
    MARCIA AIKEN        :
    Debtors.        :  Chapter 13

## ORDER

**AND NOW**, this _____ day of _____,2014 the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

_____
UNITED STATES BANKRUPTCY JUDGE

```
GEORGE AIKEN                              CASE NO. 14-10538BLS
MARCIA AIKEN
7 E. LEXTON ROAD
NEW CASTLE, DE  19720                     % PLAN : 7.62
                                          PLAN TERM: 36    RECEIPT AMOUNT:        610.00
                                          RECEIPTS PAID IN TO DATE     :       1220.00
ATTY: VIVIAN A. HOUGHTON, ESQUIRE         DISBURSEMENTS TO DATE         :         73.20
      800 N. WEST STREET  2ND FLOOR       CURRENT BALANCE               :       1146.80
      WILMINGTON, DE 19801-1526
```

|  |  |  |  | ADJUSTED |  |  |
|---|---|---|---|---|---|---|
| CLAIM |  |  | ORIGINAL | CLAIM | TOTAL | CURRENTLY |
| NO. | CREDITOR NAME | CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| 001 | VIVIAN A. HOUGHTON, ESQUIRE | ATTORNEY FEES | 3200.00 | 3200.00 | 0.00 | 3200.00 |
| 002 | ASSET ACCEPTANCE CORP. | UNSECURED | 5401.00 | 397.00* | 0.00 | 397.00 |
| 003 | QUANTUM3 GROUP | UNSECURED | 465.00 | 36.20* | 0.00 | 36.20 |
| 004 | NATIONSTAR MORTGAGE LLC | DIRECT | 148346.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE AUTO FINANCE | SECURED VEHICLE | 15145.00 | 16455.24 | 0.00 | 16455.24 |
| 006 | AMERICAN EXPRESS CENTURION | UNSECURED | 0.00 | 56.85* | 0.00 | 56.85 |
| 007 | RBS CITIZENS | UNSECURED | 4387.20 | 334.26* | 0.00 | 334.26 |
| 008 | AMERICAN INFOSOURCE | UNSECURED | 213.00 | 15.62* | 0.00 | 15.62 |
| 009 | IMMACULATA UNIVERSITY | UNSECURED | 4000.00 | 118.85* | 0.00 | 118.85 |
| 010 | CAVALRY | UNSECURED | 372.00 | 28.37* | 0.00 | 28.37 |
| 030 | NATIONWIDE | DIRECT | 48189.23 | 0.00 | 0.00 | 0.00 |
| 100 | ADVANCE AMERICA | NOT FILED UNSECURED | 600.00 | 0.00 | 0.00 | 0.00 |
| 101 | ALLY FINANCIAL | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | AMERICAN COLLECTIONS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | BANK OF AMERICA | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | BANK OF AMERICA | NOT FILED UNSECURED | 6512.00 | 0.00 | 0.00 | 0.00 |
| 105 | BYL SERVICES | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | CAPITAL ONE | NOT FILED UNSECURED | 440.00 | 0.00 | 0.00 | 0.00 |
| 107 | CITIBANK, NA | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 108 | DISCOVER BANK | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 109 | DITECH | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | FIRST HORIZON HOME LOANS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | GMAC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 112 | GECRB | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | LORD & TAYLOR | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | MATTLEMAN, WEINROTH & MILLER | NOT FILED UNSECURED | 26000.00 | 0.00 | 0.00 | 0.00 |
| 115 | MILITARY STAR | NOT FILED UNSECURED | 3761.00 | 0.00 | 0.00 | 0.00 |
| 116 | MONOGRAM | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 117 | PROVIDIAN | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 118 | SCHLEE & STILLMAN | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 119 | CBNA | NOT FILED UNSECURED | 9599.00 | 0.00 | 0.00 | 0.00 |
| 120 | SUN EAST FCU | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 121 | TD BANK | NOT FILED UNSECURED | 1933.00 | 0.00 | 0.00 | 0.00 |
| 122 | WELLS FARGO | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 123 | WILMINGTON SAVINGS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS |  |  | 278563.43 | 20642.39 | 0.00 | 20642.39 |

* Marked Claims have been adjusted according to payment status or percent plan.

# ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Chapter 13 Trustee, do hereby certify that on this ,
I caused one copy of the within Motion to Allow Plan Distribution to be served on the following by
United States Mail, Postage Prepaid:

GEORGE & MARCIA AIKEN
7 E. LEXTON ROAD
NEW CASTLE, DE  19720
Debtor(s)

VIVIAN A. HOUGHTON, ESQUIRE
800 N. WEST STREET  2ND FLOOR
WILMINGTON, DE 19801-1526
Attorney for Debtor(s)

/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee